**Motion Granted and Order filed October 3, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00789-CV
_____

## IN RE AMELIA V. KELLY, Relator

---

### ORIGINAL PROCEEDING
### WRIT OF MANDAMUS
### 122nd District Court
### Galveston County, Texas
### Trial Court Cause No. 11CV0325

---

## ORDER

On October 1, 2014, relator Amelia V. Kelly filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable John Ellisor, presiding judge of the 122nd District Court, Galveston County, to vacate three orders pertaining to a motion by the real party in interest to enforce the final judgment in the underlying litigation by foreclosure of relator's real property. This

court has requested that real party in interest Matthew D. Wiggins, Jr. file a response to the petition for writ of mandamus on or before October 20, 2014. *See* Tex. R. App. P. 52.4.

Relator also has filed with this court a motion for temporary relief. *See* Tex. R. App. P. 52.8(b), 52.10. On October 1, 2014, relator asked this court to stay enforcement of one of the challenged orders in which the trial court ordered foreclosure of the subject property and a corresponding Sheriff's sale of the property.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** any enforcement of the trial court's order of judicial foreclosure dated June 23, 2014 in trial court cause number 11CV0325, styled *Amelia V. Kelly v. Matthew D. Wiggins, Jr. and D.L. Hammaker*, including any sale of the subject property by the Sheriff of Galveston County, **STAYED** pending consideration by this court of the real party in interest's response to relator's petition for writ of mandamus, or until further order of this court.

PER CURIAM

Panel consists of Justices Boyce, Jamison, and Donovan.

2